**FILED**

SEP 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John D Black Pro se
216 Scotland Avenue
Raeford N C 28376

United State District Court
For The District of Columbia
Civil Action

No_____

*Complaint*

John D. Black) Complaint

Plaintiff)                          )

                                    )

V)

                                    `

· The city of Newark a municipal corporation)

· Of the state of New Jersey)
  New Jersey State Government/

· Ronald Rice State of N J Senator          )
· Homed pore Inc)

Defendants

Case: 1:07-cv-01644
Assigned To : Collyer, Rosemary M.
Assign. Date : 9/17/2007
Description: Civil Rights Non-Employ.

*JURY ACTION*

Plaintiff reside at 216 Scotland Avenue Raeford N C 28376

1- The Defendants address the city of Newark corporation counsel

   920 Broad Street Newark New Jersey 07102

2- State of New Jersey Government/
3- Ronald Rice New Jersey State Senator
4- Office of The Attorney General
5- Department of Law And Public
6- P O BOX 080
7- Trenton N. J 08625

HOMEPORE Inc
399 Springfield Avenue
Newark New Jersey 07103

7----- Jurisdiction in this court is base in Rule 8PFRCP

8 -This suite concern plaintiff constitutional right to due process as provided under the 14th

Amendment of the us constitution and the right to just compensation as provided under

The 5th Amendment of the us constitution

2-Plaintiff is the owner of the property located in the city of Newark at 59 magnolias Street

Also known as Block_____Lot_____ by Deed and other wise with any an all interest therein

Exhibits Attach B -1 B-2

9   -On or about Christopher C Evans a family member donated the property to me the

Two family houses in order for plaintiff to have a place to reside by word of

Mouth/hand shake/certification/ power of attorney/ and deed and made it very

Clear to me that he did not want to have any more dealing with the city of

Newark official under any condition and

For good reason went into retirement.

10—after the fact the same defendant had all ready deprive plaintiff of his constitution

Right to due process and just compensation and took possession of all of the other

Property that plaintiff owned in the city of Newark located at 313-315 South Orange

Avenue also known as Block 1779 Lot 42 and 519 South 16th street also known as Block

334 Lot 20 plaintiff homes for more than 26 years 18th month after plaintiff paid the last

Payment on his home and sold the property to another person for a great price and refuse

To pay plaintiff any money or just compensation for the property as provided under the

5th amendment of the us constitution

11- the true fact of surrounding the above stated properties is that the defendant fabricated

Physical evidence not limit to the Final judgment of IN REM TAX Foreclosure Docked

NO F-I-345-98/F-1-1469-91 AND F-1-1469-91 2: C 28          Exhibits Attached

And use arm Essex county police and Newark police and took possession of plaintiff

Property with out due process and the defendant refuse to pay plaintiff any money or just

Compensation as provided under the us constitution 5th amendment

12-Plaintiff and his family live in the two family house 59 magnolia street for more than

Seven years plaintiff paid all of the real property tax due to be paid to the city of Newark

Alone with all of the money due to be paid to the city of Newark for water and sewer bills

13-The defendant alleged three ways of taking possession of plaintiff property located at

59 Magnolia streets Newark 1 Tax Foreclosure 2Ement Domain 3 IN Condemnation

14 –The true fact of this matter is that the defendant did not take any legal action to Acquire

Plaintiff home located at 59 magnolias Street

15 On November 19, 2004 the defendant use Essex County police force and took

Possession of plaintiff property at59 magnolia street with out due process and

Deprive plaintiff of his constitutional to due process plaintiff did not receive a summon and complaint

14- and thereafter the defendant sold the property To Home depot for a great price to build

A store and the defendants refuse to pay plaintiff any money

Under any condition or just compensation as provided under the 5th amendment of the us constitution

 Homed pore did in fact
 Build a store on my property located at 59 Magnolia Street with a true

Knowledge that I am the legal owner of the property according to law and have been in

Procession of my property for more than two years making money-taking advantage of

My property I want a judgment against Home deplore

Plaintiff wants relief

Not only Relief for 59 magnolias Street property Newark New Jersey plaintiff last \home

Christopher C Evans Plaintiff want relief donated that for all of his properties the defendants took

Possession of without due process and refuse to pay any money or just compensation

According to law

Plaintiff other properties Addiction 313 315 South Orange Avenue also known as block

1779 Lot 42 and the property located in the city of Newark at 519 south           16th
Street

Plaintiff home of 26 years that was also taken with out due process by the defendant and

Sold to another person for a great price and the defendant refused to pay plaintiff any

Money or just compensation for his property his first home known as also know 519 south 16th street also known as

Block 334 lots 20.in the city records

Ronald L Rice New Jersey senator contributed native action to the violation an injury

16- On December 4, 1987 at about10:00 A M

The State of New Jersey senator Ronald Rice and the members of the Newark municipal

Counsel with police INVADED my income property Business located at 313-315 South

Orange with an income of more that three hundred and fifty thousand dollar a year

 Laoniki Inc

Ronald Rice the ringleader of the mob type operation in New Jersey told me in a loud

Voice that he was going to take my income property way from me is give it to someone

Worthy of owning property in the city of Newark. New Jersey (and the Newark police

Took possession of my property with police force with out due process and the State of

New Jersey OFFICAL and the city of Newark

17 -The City of Newark Corporation counsel fabricucated physical evidence knowing it to

Be false Final judgment of tax foreclosure

In clouding fraudulent Tax certificates of Sale on my property2:C28 tampering with or

Fabricating physical evidence.

2 C: 28 tampering with or fabricating physical evidence

A person commits a crime of the fourth degree if believing

That an official proceeding or investigation is pending or about to be

I instituted, he
(1) Alter, destroy, concels, remove any article, object record,

Document or other thing of physical substance with the purpose to

Impair its verity or availability in such proceeding or investigation or
Make

(2) Devises, prepares, presents, Offers or use any article record Document OT other thing

Of physical substance knowing it to be false and with the purpose to mislead a public

Servant who is engaged in such proceeding or investigation

1978C95E2C: 286EFF September 1, 1979 2C28

On    or    about one morning when I arrive at my property to open up for benesses

And found out that the defendant with out due Process had taken over property was

Surrounded by police who told me to leave the and surrounded it with city police

That told me not to go in the building or come back any more or be seen closure

Than two city block of the property or I would be arrested and there after the defendants

Destroyed my properties and sold it to another person for a great price build five hundred

Thousand dollars home and refuse to

Pay me any just compensation for my the property that was taken mob style out side of
The law

**18-Chief Justice Marshall –**
19---- Delivered the opinion of the court in part in the order in which the court has

Viewed this subject.
The Following question have been considered and decided

1. Has the Applicant a right to the commission he Demand?

2-If he has a right and that right has been Violated do the law of his county afford him a
Remedy.
      (The court finds that they do.)

3- if they do afford him a remedy it is (**MANDAMUS**) FROM THIS COURT)

I seek the following relief:
                              Demand trial by jury

Demand Judgments

                              Against Ronald L Rice Senator for one million dollars

                              Against Home Deplore for one million dollars Plaintiff

                    Against City of Newark and the state of New Jersey for 10 Bullions
                    Dollars
All RELIEF provided by law not limited to punitive damages

Compensatory Damage for ecomic loss damage for pain and scuffing Plaintiff

Want relief for all of the property name in the complaint and otherwise
All damages
Dated_9/1___2007                              John D. Black
                                        John D. Black Pro Se
I certify that all of the statements made by me are true the best of my knowledge I am
aware that if any of the statements are willfully false I am subject to punishment_
_9 11 2007___                              John D. Black

John D.Black PRO SE
216 Scotland Avenue
Raeford North Carolina 28376

September 7, 2007

United State District Court
 For The District of Columbia
Court Clerk
333 Constitution Avenue N W
Washington D. C 20001

                    Request to file case because
    Dear Clerk
        Please find enclosed please find one oringal and five 6 copy of complaints and summons
With a filing fee of three hundred and fifty dollars.
    Please file in your court and send me a file copy in the self address stamped envelop enclosed.
The reason that I am filing in the district of Columbia is because I live in the state of north
Carolina I left New Jersey my previous resident because of abuse and to avoid father abuse and a
made an attempt to file this case and have it tried and was not allowed because a conspiracy there
in.
The middle district and the clerk refuse to file 75 present of my records. In other word I was
denied the rights to court to be hearted see letter attached will your court deal with matter and
consider
Thank you,

Dated 9 11 2007                               John D. Black
                                              John D. Black Pro se

07 1644

FILED

SEP 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Newark

Cory A. Booker
Mayor

**Department of Law**

920 Broad Street
Newark, New Jersey 07102
973-733-3880
Fax 973-733-5394

**Aney K. Chandy**
Corporation Counsel

October 23, 2006

Honorable Wallace Dixon
United States District Court
Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27402

　　　Re:　*John D. Black v. The City of Newark*
　　　　　　*Civil Action No.: 1:06CV534*

Dear Judge Dixon:

　　　I am writing to apologize to the Court for our failure to appear on October 18, 2006 for a pretrial conference in this matter, and to memorialize my conversations regarding the ongoing status of this matter.

　　　Due to a communications breakdown we were of the understanding that we did not have to appear on October 18, 2006. I apologize to the Court for any inconvenience, and I assure you that such breakdowns will not occur for any required future appearances.

　　　Going forward, it is my understanding that Mr. Black has been given information in the form of a Roseboro letter to respond to our current Motion to Dismiss. I await any response to our motion from Mr. Black. It is also my understanding that the Motion to Dismiss will be on the papers and we are not required to appear. Finally, it is my understanding that the pretrial conference has not been rescheduled, and in fact it will be stayed pending the outcome of the current motion before your Honor.

　　　Judge Dixon, thank you for your considerations in this matter. I look forward to working with your Honor.

　　　　　　　　　Respectfully submitted,

　　　　　　　　　Aney K. Chandy
　　　　　　　　　Corporation Counsel

　　　　　　　By:
　　　　　　　　　Marquis D. Jones
　　　　　　　　　First Assistant Corporation Counsel

MDJ:ls
cc:　Mr. John Black, 216 Scotland Avenue, Raeford, NC 28376 (via certified mail)
　　　Clerk, Mr. Abarone

*(handwritten)* THE UNITED STATE DISTRICT COURT MIDDLE DISTRICT OF NC CLERK REFUSE TO FILE THIS

*(handwritten)* 10 of 21

*(handwritten)* EXIBIT D-1

# Newark

**Municipal Court of the City of Newark**
Brennan Marshall Justice Complex
31 Green Street
Newark, New Jersey 07102
(973) 733-3894

Shaka Taylor
Chief Judge

*(stamp)* RECEIVED In This Office   JAN 8   CLERK US DIST.   GREENSBORO

*(handwritten)* April 12, 2006

*(handwritten)* John D Black
31 William St
East Orange NJ 07017

*(handwritten)* ASSINATION PLOT NEW JERSEY GOVERNMENT

RE: **Same as Above**

    **Complaint No:** *(handwritten)* AS 733410

    **Charge**     : *(handwritten)* 393-76 2F

**Dear Sir/Madam:**

**This is in response to your recent inquiry. After reviewing Your information, we have found that you have an outstanding warrant(s) in this jurisdiction.**

**In order to have this matter resolved, you must either post bail or come in person to request a hearing.**

**If your matter is traffic related please report to Room 105, all other matters please report to Room 207. A Customer Service representative will further assist you when you report to this court.**

**Feel free to contact the court if further assistance is required.**

               **Respectfully,**

               **Lillian J. Davis**
               **Municipal Court Director**

LJD:bl



G21 O FSFA    00300   002205

# Motor Vehicle
# Commission

STATE OF NEW JERSEY
MOTOR VEHICLE COMMISSION
225 EAST STATE STREET
TRENTON, NEW JERSEY 08666
(609)292-7500

DATE PREPARED 04/22/06

D 2 2a/21

## ORDER OF SUSPENSION

COURT REFUSE
TO FILE THIS

RECEIVED
In This Office
JAN 8 2008
CLERK, U.S. DISTRICT COURT
GREENSBORO, N.C.

JOHN    D BLACK
31 WILLIAM   STREET
EAST ORANGE    NJ 07017-5140
IIII...I..IIII.....III..I.I.I...II.I..IIII.....II....II...III

D.L. NUMBER B5009 40764 03412

Your New Jersey driving privilege is suspended
as of 04/07/2006 indefinitely.

By authority of N.J.S.A. 39:5-30, Motor Vehicle Commission has suspended the
above New Jersey privilege(s) because you failed to answer a summons(es) in
the following court:

CT NAME: NEWARK MUNICIPAL COURT      CITY: NEWARK      ST: NJ   ZIP: 07102
CITY HALL ANNEX
BLDG 3
31 GREEN ST

Details of your unanswered summons(es) are shown on the back of this
notice.
You must surrender your current New Jersey driver license to Motor Vehicle
Commission immediately. You may not drive until you receive written notice
of restoration from the Chief Administrator of Motor Vehicle Commission. If
you continue to drive while suspended, you could face up to five years in
jail.

*Please visit us at www.njmvc.gov*

Sharon A. Harrington, Chief Administrator

Detach And Return This Part

---

JOHN    D BLACK           D.L. B5009 40764 03412
31 WILLIAM   STREET
EAST ORANGE    NJ 07017-5140
                                              G21 O FSFA

Restoration Fee Due:    $100.00

Return this part with your current New Jersey driver license and your $100
restoration fee check or money order, made payable to N.J. Motor Vehicle
Commission. Please use the enclosed return envelope.
Court receipts showing that you satisfied your unanswered summons(es)
should be enclosed with this part and your restoration fee payment.

VF/B5009407640341211000000000100000609 7EDHFPAIDEDH0015206113000005

SUMMONS NUMBER DETAILS OF  JOHN    D BLACK    .        D.L.NUMBER: B5009 40764 03412

| DATE | DESCRIPTION | SUMMONS NO. | DOCKET NO. |
|------|-------------|-------------|------------|
| 11/03/2005 | FAILURE TO APPEAR | AS 733410 | NOT AVAIL |

IV

Rev. John D. Black
8o North Munn Avenue
East Orange New Jersey 0717

4 of 21

October 8, 1994

United State Attorney
District of New Jersey
Faith S Hochberg
970 Broad Street Room 502
Newark New Jersey 07102



RECEIVED
In This Office
OCT 3 0 2006
CLERK, U. S. DISTRICT COURT
GREENSBORO. N. C.

Dear Ms. Hochberg :

I believed that I am being harassed by someone in the Essex county prosecutor office because of the investigation that I requested from your department, the Department Justice.
Four days after the United State Attorney call for the submittal of the record from the City Newark Corporation Counsel .I received a number of calls from the Essex county prosecutor office. Requesting that I come into there office and talk with them, I made an two appointment to meet with then that I did not keep because I feared what they might do to me.
   On October 6, 1994 I went into the office of the Essex county prosecutor and did as I was advised by a person on the phone requested to speak with someone from the fraud department.
   I wated for a. long time a black detective from the Essex county police department came and arrested me. and went on to say, I have nothing to do with what they are doing to you ,I am going to put these cuff on you if they hurts you in any way  say so I will walk off this job, (I do not know anything about the charges) I was finger printed and taken in to the court of new Jersey superior court of judge Cohn  who told me you are charge with burglary, and possession  of a gun  for  an unlawful purpose the same refuse to give me an arrest report I was told to return back to court on10/17/94 for pretrial conference ready to go to prison with or without a crime Judge Cohen said he was reinstating my bail( the fact of that matter  had not posted a bail to be reinstated.)
   I am sure that the arrest and charges are false, I made a request to the court for the green sheet, the court would not give me an arrest report (Green sheet) the same judge stated he was going to mail the arrest report work to John Scott an attorney I employed to investigate my real estate problems in the City if Newark.
   While I was being processed I was told that I am a mark man, I was also told that I would be found in a garbage dump like Jimmie Hopper by two white Essex county police.
I am living in great fear for my life I am sure that as my real property was taken away from me with fraud in the name of the law, I am sure my life can be taken in the same order.
Will you please look into this Matter?


Very truly yours


John D. Black

Rev. John D. Black
8o North Munn Avenue
East Orange New Jersey 0717

October 8, 1994

Attorney General
Tenth and Constitutional Avenues
Washington D C 20510

RECEIVED
In This Office
OCT 3 0 2006
CLERK, U. S. DISTRICT COURT
GREENSBORO, N. C.

Dear Ms. Reno:

I believed that I am being harassed by someone in the Essex county prosecutor office because of the investigation that I requested from your department, the Department Justice.
Four days after the United State Attorney call for the submittal of the record from the City Newark Corporation Counsel .I received a number of calls from the Essex county prosecutor office. Requesting that I come into there office and talk with them, I made an two appointment to meet with then  that I did not keep because I feared what they might do to me.

On October 6, 1994 I went into the office of the Essex county prosecutor and did as I was advised by a person on the phone requested to speak with someone from the fraud department.
I wated for a. long time a black detective from the Essex county police department came and arrested me. and went on to say, I have nothing to do with what they are doing to you ,I am going to put these cuff on you if they hurts you in any way  say so I will walk off this job, (I do not know anything about the charges) I was finger printed and taken in to the court of  new Jersey superior court of  judge Cohn  who told me you are charge with burglary, and possession  of a gun  for  an unlawful purpose the same refuse to give me an arrest report I was told to return back to court on10/17/94 for pretrial conference ready to go to prison with or without a crime Judge Cohen said he was reinstating my bail( the fact of that matter  had not posted a bail to be reinstated.)
I am sure that the arrest and charges are false, I made a request to the court for the green sheet, the court would not give me an arrest report (Green sheet) the same judge stated he was going to mail the arrest report work to John Scott an attorney I employed to investigate my real estate problems in the City if Newark.
While I was being processed I was told that I am a mark man, I was also told that I would be found in a garbage dump like Jimmie Hopper by two white essex county police.
I am living in great fear for my life I am sure that as my real property was taken away from me with fraud in he name of the law, I am sure my life can be taken in the same order.
Will you please look into this Matter?

Very truly yours

John D. Black

JOHN D. BLACK
194 SOUTH 7TH STREET
NEWARK, NEW JERSEY O7103

*THE UNITED STATE DISTRICT COURT CIERK REFUSE TO FILE THIS DOCUMENT*   6 of 24

August 21, 2004

JOANNE WATSON/ALEST JOANN Y. WATSON CORPORATION COUNSEL
FREDERICK COLES, III ASSESTANT CORPORATION COUNSEL
920 BROAD STREET NEWARK NEW JERSEY07202

Dear Ms Watson:

On   October 3, 003 I wrote you a letter and made it clear to you that I am in fact the owner of the property located in Newark at 59 magnolia  street in enclose see the top copy of the deed copy that have been  not been registered for  personal reason . I also made it known to you that I have the power of attorney over the said property and mail you a copy of power of attorney form sign and seal by Mr. Evans. .to do what ever I choose with the property THE PROPERTY IS NOT **ABANDANT, VACATED, or LEFT UNATTENDED**, over the years I have paid the taxes on the property ,ON or about August 1/8 your department have had  A state police come to the property  two Sunday and  harass my family, . On  August 18,24  A  person  Working for the City of Newark plate number--------   came to 59 magnolia and posted a blue and white sign on the property located at 59magnilia street  That read this PROPERTY IS OWEN BY THE CITY I have a picture of the blue and white sign on the property , I am  also in receipt of all the paper work mail to  Mr .Evans and delivered to the property, I am not were of  any  legal action  taken  against me, or the property none  warrant  of  removers I repeat are any legal action  against the said property in any court of law, I  would like to call your attention to booklet  Number 2 of your record page (sale 1) As the city of Newark corporation counsels  I am sure you are aware that I am the owner  the property located at 519 so 16th  street  that you the city of Newark  was took without due process away from me, I intend to take all legal action according to law in this matter. Including the /and criminal action  against  all person that consperiacy to deprive me of my constitutional (right against all), Please note that the other day I also watch and heard workers for the city of Newark in the blue and white trucks talking about burning the house down at 59 Magnolia Street down to clear the land, be sure that if we leave the property we are only leaving because I we are afraid of the dirty things people working in the city new jersey government do, because  someone  burn  my house burn  down located at 266 south 7th  street men was seen that got out of a blue  and white city owened truck in the year of 1992 Your  city  workers in the blue trucks have posted signs on the property that you are going to board up the vacant property  located at 59 magnolia street on August 26,2004 you have no right to board up the property ,**THE PROPERTY IS NOT VACANT** . I would like for you to keep your workers away from my property,

There is an underline fact surrounding the property   located at 59 magnolia street Newark the house is available for sale. And can be cleared very shortly after the money is paid, 150,000.oo.if am force to sue the city and all persons I am going to request punitive

Very truly yours
\ *[signature] John D. Black*
CC U.S .President George Bush
CC Attorney General John Ashcroft
CC State Attorney General
CC New Jersey U. S Attorney
CC 108 U S CONGRESS
OTHERS.                                        Served by hand delivery

ANK R. LAUTENBERG
NEW JERSEY

**United States Senate**

WASHINGTON, DC 20510-3002

COMMITTEES
APPROPRIATIONS
BUDGET
ENVIRONMENT AND PUBLIC WORKS
SMALL BUSINESS
HELSINKI COMMISSION

7 of 21

November 1, 1994

Mr. John D. Black
80 N. Munn Avenue
East Orange, New Jersey   07107

Dear Mr. Black:

Thank you for your letter regarding your harassment claim against the Essex County Prosecutor's office.

I have contacted the appropriate government officials regarding this matter, and as soon as I receive a reply I will be in further contact with you.

With best wishes.

Sincerely,

*Frank R. Lautenberg*

FRL:jhd

PLY TO:

506 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3002
(202) 224-4744

ONE GATEWAY CENTER SUITE 1001
NEWARK, NJ 07102-5311
(201) 645-3030

BARRINGTON COMMONS
208 WHITE HORSE PIKE
SUITES 18-19
BARRINGTON, NJ 08007-1322
(609) 757-5353

Superior Court of New Jersey

ESSEX COUNTY

(Law Division - Criminal)

**RECEIVED**
**In This Office**

OCT 30 2006

CLERK, U. S. DISTRICT COURT
GREENSBORO, N. C.

1991   TERM

==================================

THE STATE OF NEW JERSEY

vs.

JOHN D. BLACK

Defendant

==================================

**INDICTMENT**   ( 4 COUNTS)

THIRD DEGREE BURGLARY, THIRD DEGREE
THEFT, THIRD DEGREE AGGRAVATED ASSAULT
AND THIRD DEGREE POSSESSION OF A WEAPON
FOR AN UNLAWFUL PURPOSE

A True Bill

Foreman.

JAMES RUPPELL
==================================

Plea:

Bail:

Presented:   APR 29 1992

==================================

GRAND JURY
NO. 677
thru 677C

P92002142

S186831,
W447208

*handwritten:* NO 1:06 CV-534

Essex County, to wit:

The Grand Jurors of the State of New Jersey, for the
County of Essex, upon their oath present that

JOHN D. BLACK

9 of 21

between on or about the 23rd day of November, 1991 and on or about
the 5th day of December, 1991

at the City                    of Newark                      in the
County of Essex aforesaid and within the jurisdiction of
this Court, did willfully enter the apartment of June Gunter with
intent to commit an offense therein

contrary to the provisions of N.J.S. 2C:18-     crime of
the Third Degree and against the peace of     State,
the government and dignity of the same.

2
2

10 of 21

## SECOND COUNT

And  The Grand Jurors of the State of New Jersey, for the
County of Essex, upon their oath present that

JOHN D. BLACK


between on or about the 23rd day of November, 1991 and on or about

the 5th day of December, 1991

at the City              of Newark                   in the
County of Essex aforesaid and within the jurisdiction of
this Court, did unlawfully take certain movable property
of the value of over $500.00, belonging to June Gunter
with the intent to deprive said June Gunter of same




contrary to the provisions of N.J.S. 2C:20-3a., a crime of
the Third Degree and against the peace of this State, the
government and dignity of the same.

## FOURTH COUNT

And  The Grand Jurors of the State of New Jersey, for the

County of Essex, upon their oath present that

JOHN D. BLACK


on the 5th    day of   December, 1991

at the City            of Newark                    in the

County of Essex aforesaid and within the jurisdiction of

this Court, knowingly and unlawfully did possess a certain

weapon, a crowbar, with a purpose to use it

unlawfully against the person of another


contrary to the provisions of N.J.S. 2C:39-4d., a crime of

the Third Degree and against the peace of this State,

the government and dignity of the same.


                          JAMES F. MULVIHILL
                          ACTING PROSECUTOR AND
                          SPECIAL DEPUTY ATTORNEY GENERAL
                          BY: *Robert L. Cerefice*
                          ROBERT L. CEREFICE
                          DEPUTY ATTORNEY GENERAL

12 8/21

84139839900   991129   071031   **56*0

Superior Court of New Jersey
Probation Division
110 SO Grove Street
East Orange NJ
Attention mcIVATHEN

JOHN D. BIALK
31 WILLIAMS STREET
EAST ORONSE NJ (FINK
CASE 990246

99
02462

**RECEIPT** 165466

DATE ___ 8   9/17/19
RECEIVED FROM ___ John Black
Address ___ only five 80/100 DOLLARS $ 5.00
FOR ___ toward fince

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| BEGINNING BALANCE | | CASH | X |
| AMOUNT PAID | 5 | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY ___

99
02462

**RECEIPT** 165476

DATE ___ 9/28/99
RECEIVED FROM ___ John Black
Address ___ eight DOLLARS $ 8.00
FOR ___ toward fince

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| BEGINNING BALANCE | | CASH | X |
| AMOUNT PAID | 8 | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY ___

(5)

SUPERIOR COURT OF NEW JERSEY

*John D. Black*



3-9-98

13 of 21

ESSEX COUNTY COURTS BLDG.
NEWARK, N.J. 07102

NAME: JOHN BLACK                 IND. NO. _____

YOU ARE HEREBY DIRECTED TO RETURN TO THIS COURT, ROOM ___ 704 ___

ON THE FOLLOWING DATE AT 9:00 A.M. BEFORE JUDGE ___ P. Vichness ___

___ 3-30-98 ___          FOR PRETRIAL CONFERENCE

_____          FOR TRIAL

_____          FOR SENTENCE

FAILURE TO REPORT ON THE DATE INDICATED ABOVE
WILL RESULT IN A BENCH WARRANT BEING ISSUED FOR
YOUR ARREST AND FORFEITURE OF BAIL

---

SUPERIOR COURT OF NEW JERSEY

*John D. Black*

ESSEX COUNTY COURT
NEWARK, N.J. 07102

NAME: JOHN BLACK                 IND. NO. 92-4-76 S4CC

YOU ARE HEREBY DIRECTED TO RETURN TO THIS COURT, ROOM 604

ON THE FOLLOWING DATE AT 9:00 A.M. BEFORE JUDGE LESTER

___ 11-39 ___          FOR PRETRIAL CONFERENCE

_____          FOR TRIAL

_____          FOR SENTENCE

Please notify
court
of disability
accommodation
needs

FAILURE TO REPORT ON THE DATE INDICATED ABOVE
WILL RESULT IN A BENCH WARRANT BEING ISSUED FOR
YOUR ARREST AND FORFEITURE OF BAIL

(6)

CASE NO I
14821



State of New Jersey

STANDARD CONDITIONS
of
ADULT PROBATION

| PROBATIONER: |
| BLACK, JOHN |
| CASE FILE #/DOCKET #: |
| 99-2462 |
| ESSEX COUNTY |

The Court, believing that you are capable of living a useful and law-abiding life in the community, has sentenced you to probation for a period of _____ 1 Yr _____ , beginning _____ 8/9/99 _____. While on probation, you will be under the supervision of probation officer. You are required to comply with the conditions of probation listed below.

If there is probable cause to believe that you have committed another offense during your term of probation, the Court may commit you to jail without bail. If the Court finds that you have violated your probation, it may impose on you any sentence authorized by law for the offense of which you were originally convicted, up to and including the maximum term of incarceration.

## Standard Conditions

1. You shall obey all federal, state and municipal laws and ordinances. You shall notify your probation officer in writing if you are arrested or issued a summons in any jurisdiction.

2. You shall report to your probation officer as directed.

3. You shall answer truthfully all inquiries made by your probation officer.

4. You shall permit your officer to visit your residence or any other suitable place.

5. You shall submit at any time to a search conducted by a probation officer without a warrant of your person, place of residence, vehicle or other personal property.

6. You shall promptly report any change of address or residence to your probation officer. You must obtain permission from your probation officer if you wish to move outside the county or state. You may not leave the State of New Jersey for more than 24 hours without permission from your probation officer.

7. You shall cooperate in any medical and/or psychological examinations, tests and/or counseling your probation officer recommends.

8. You shall submit to drug or alcohol testing at any time, as directed by your probation officer.

9. You shall support your dependants and meet your family responsibilities.

(7)

# SUPERIOR COURT OF NEW JERSEY
## PROBATION DIVISION
### ESSEX VICINAGE

110 South Grove Street     East Orange, New Jersey 07018
Tel.:(973) 677-8000 / FAX:(973) 677-0789

15of 21

**William J. Hughes**
Vicinage Chief Probation Officer



Walter Joyce
Assistant Chief Probation Officer
William Street Branch
3-5 William Street     Newark, New Jersey 07102
Tel.: (973) 621-6164 / FAX: (973) 621-4163

Michael Cannarota
Vicinage Assistant Chief Probation Officer
Child Support Enforcement Unit
PO Box 372     Newark, New Jersey 07101-0372
Tel.:(973 ) 693-6400 / FAX: (973)693-6407

**Frank Marino**
Vicinage Assistant Chief Probation Officer
Grove Street Branch

## WARNING - VIOLATION OF COURT ORDER          DATE 8/27/99

NAME _John Black_

STREET _31 William street_

CITY, STATE, ZIP CODE _East orange NJ 07017_

CASE # _99 02462_

Dear _Mr Black_:

A review of your case indicates that you are not complying with the court's order as follows:

| | | |
|---|---|---|
| X | You have not reported since | 8/5/99 |
| X | You have not submitted a urine sample since | 8/5/99 |
| X | Your payment record is in arrears | $250 oc |
| | Community Service - last day worked | |

Hours Ordered _____     Hours Completed _____     Hours remaining _____

OTHER: _____

_____

You are to report to the undersigned on _9/3/99     GF_
Date

_10.00_ , _GROVE STREET_ .
Time          Location

**If you fail to report you will be returned to court.**

_____
NATHAN ENWEREKOWE
**PROBATION OFFICER**

**DISTRICT #** GA5F

**TELEPHONE #** 973-677-8035

EXIt C

c: file

EPD 403  4/98

Nathan,
Mr. Black has been in contact with me. He came in to see you today 9/3/99. Please give him credit for previous reporting

(8)

**Superior Court of New Jersey**
**Criminal Division**
**Essex County Court Building**
**Newark , New Jersey 07102**

*Room 100K*
*16 of 21*

## NOTICE OF DISPOSITION

| FOR OFFICE USE | | |
|---|---|---|

APMIS: (Yes/No) N    Area: 99-0.2462

Probation No:

Supervisor: GA5 Hammond

Date: 8/9/99

Judge: Fullilove

☐ Auto Theft Case

☐ Domestic Violence

☐ Transaction Fee

| DOCKET | CASE | DEF | OFFENSE | STATUTE | DEG |
|---|---|---|---|---|---|
| 1638-4-92 | 9.2002142 | | Ct#2 DP-theft 2c:20-3a | | |
| | | | Ct#3 DP Simple Asslt 2c:12-1a3 | | |

| DEFENDANT INFORMATION | | | | |
|---|---|---|---|---|

Name: John Black    Ssn: 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    Dob: 3-10-41

Address: 31 Williams St 1 1 Family    Apt:    Floor:

City: E Orange    State: NJ    Zip: 07017    Phone: 371-7724

AKA:    (David Clark
Brother-in-law

| FOR COURT USE | |
|---|---|

| DISPOSITION | |
|---|---|

Probation Term: years 6n.e months_____ none_____

Confinement: facility_____ years_____ months_____ days_____

Financial: vccb 100 restitution_____ snsfa 150 flf_____ dedr_____ fine_____ other_____

License Suspension: years_____ months_____    Community Service: hours_____

Payment: $_____ per_____    Other Conditions: Maintain meds/Psychiatric Counselling

| INSTRUCTIONS | |
|---|---|

☐ Report immediately to the Cashiers Office , Room 100s , on the first floor of this building , with this form , to make your payment.

Report immediately to the Criminal Division, Room 100k, on the first floor of this building , with this form , for further instructions.

d By: Darrah    (9)    (print)Date: 8/9/99

11/80%

# SUPERIOR COURT OF NEW JERSEY
## PROBATION DIVISION
### ESSEX VICINAGE
110 South Grove Street      East Orange, New Jersey 07018
Tel.: (973) 677-8000 / FAX:(973) 677-0789

**William J. Hughes**
Vicinage Chief Probation Officer



17 of 21

Walt(
Assistant Chief Probation
William Street
3-5 William Street      Newark, New Jerse:
Tel.: (973) 621-6164 / FAX:(973) 6

**Frank Marino**
Vicinage Assistant Chief Probation Officer
Grove Street Branch

Michael Cam(
Vicinage Assistant Chief Probation (
Child Support Enforcemen(
PO Box 372      Newark, New Jersey 07101
Tel.: (973) 693-6400 / FAX:(973)693

DATE: *Nov 18, 1999*

*Added CASE*
*CASE NO. 2*

NAME: *John Black*

CASE NO. *B 11852*

ADDRESS: *31 William St      E. Orange, N.J.   07017*

YOU ARE HEREBY REQUIRED TO REPORT TO: *Patricia A. Parr*

PROBATION OFFICER, DATE *11/29/99*      TIME *9:30*      AT *221 Freeway*
Address

REGARDING: _____

IF YOU ARE UNABLE TO KEEP THIS APPOINTMENT, PLEASE CALL: *677 8122*

WHEN YOU PHONE OR COME IN, HAVE THIS NOTICE WITH YOU.
Telephone

EPD 402
6/98

(10)



THE UNITED STATE DISTRICT
COURT CLERK REFUSE TO FILE THIS
Attach EXIBIT

## NEW JERSEY REAL PROPERTY CONSPIRACY

This issue arises out of Newark. New Jersey Real Property conspiracy using mob style violent force to seize property located in Newark at 313-315 South Orange Avenue. Also known as Block 1779, Lot 42.

18 of 21

The Second Part of the conspiracy in Newark the Essex County Prosecutor fabricated an indictment on me, Plaintiff to use as an umbrella to use to arrest and incarcerate (me), Plaintiff. At their will to stop/block my access to the U.S. District Court and the new Jersey Government did block my access to the United States District court by enforcing the fabricated indictment without a complaining witness. And handle me with mob style force, arresting and incarcerating me, Plaintiff at their pleasure by putting Plaintiff in fear of my life with life threats.

On April 29, 1992, the Essex County Prosecutor's fabricated an indictment – No. 1638492, See Exhibit _____ on October 6, 1994 I went to the Essex County Prosecutor's Office to file a Complaint against my attorney Richard L. Gruber. The Essex County Prosecutor would not allow me to file a Complaint against Richard Gruber.

On or about _____ I received a call from the Essex County Prosecutor, Clifford Minor who requested that I return on a said date to file the Complaint. Again I was not allowed to file a Complaint. The Essex County Police arrested me and threatened to kill me in the basement of the Court House Building in Newark.

I was taken into the New Jersey State Court before Judge Cohn. Judge Cohn told me, "Mr. Black, you are charged with possession of a gun and burglary." I requested an arrest report from the Court/Judge. Judge Cohn refused to give me an arrest report (Green Street).

Judge Cohn went on to say he was going to reinstate my bail and release me. The fact of that matter I had not posted a bail. Judge Cohn ordered me to return back to his court on August 1, 1994 ready to go to prison and went on to say you are going to jail with or without a crime. I did not return to the Court on August 1, 1994.

On March 10, 1998 I was arrested by the Newark Police and within 10 minutes I was surrounded by 25 – 65 City of Newark Police with County Police – Blue, Gray, White shirts, who said, "We kill you, you are dead, other asked is this him?" There was problems among the two Police County and City about who should get the credit for arresting me. The two agreed that each one should get credit for arresting me by making two arrests. The City was first, the Newark Police harassed me at least 4 hours and then turned me over to the Essex County Police who harassed me until the next morning.

19 of
21

The County Police told me you are dead – look at the computer where I saw dead by my name. I was told you are now charged with threatening to kill the United States President. You are going to prison for 20 years. On March 11, I was transferred from the Essex County to the New Jersey State Prison in Caldwell, New Jersey.

On or about April 20, 1998 I was taken from the State Prison in Caldwell to the New Jersey State Court before Judge Vichness who told me you are indicted on 4 Counts. See Exhbit _____

Judge Vichness set a bail of $500 dollars on or about _____ $500.00 dollars was paid. I was ordered to report to Court on _____ I did report to the Court of Judge Vichness. He told me you are charged with Third Degree Burglary. Third Degree Burglary Aggravated Assault. Third Degree Possession of a gun for unlawful purpose. You are going to jail. You better get a lawyer. What will your pleasure be?

I said "grant me 30 days to retain an attorney. Judge Vichness told me you have two weeks to get a lawyer. On the Court date _____ I did appear in the Court of Judge Vichness without a lawyer. Judge Vichness said Mr. Black didn't I tell you to .get a lawyer? I said, "Yes." Judge Vichness said I am telling you again you are going to prison for 6-15 years, you understand?"

I said to the Judge, "may I address the Court?" The Judge did not say anything. I said, "I propose to represent myself in this matter." Judge Vichness told me I will decide who will represent you. I said I am very much concerned about the indictment because I have not confronted a witness against me. According to the Constitution of the United States Judge where is that witness against me? I am requesting the arrest report Green Sheet. And all evidence the State have against me.

Judge Vichness stood and said, "Mr. Black, the State may not have anything against you and gave me another Court date _____ on the new Court date I did appear at the Court where I was told to appear. The Court room doors were locked with a chain and large padlock. Judge Vichness could not be found in any Court. No other Court had my case on the Docket. The following day Judge Vichness's Clerk call my house and told me the court was going to keep my bail of five hundred dollars and the Judge Vichness and issued a warrant for my arrest. Umbellar at Work, open warrant Judge vichness and the new Jersey state Court system Robbing and of $500.00 dollars. And depriving me of my life and liberty without Due Process.

With the Umberra at work New Jersey Superior Court Judge Vichness warrant. With the underlying line fact being known that I had filed a summon and Complaint in the United District Court of North Carolina Western Division Eastern District my previous resident against the City of Newark, New Jersey because of abuse from the Newark City and

County Police. In early May _____ the United States District Court ordered me to reduce my Complaint against the City of Newark to a Judgment because of the fact that the City of Newark did not answer my Complaint with a said time to answer. Because of other abuse and threats made on my life by Newark Police and others, I went to the F.B.I. seeking protection. I went to the 22nd Floor and ask to see Paul Hayse FBI a person that I meet with and talk with from time to time.

*20 of 21*

The head of the FBI Free came out of a back room with two other FBI agents, one black about 6' and one white about 5'8" FBI head Free ordered me arrested and went on to say that I had a fugitive warrant for my arrest. The FBI locked me in a side room and guarded me until two Essex County Police arrived. The FBI did not give me an arrest report. The FBI turned me over to the Essex County Police at the FBI office Gateway Newark, the County Police transported me to the Essex County Jail where I was kept there for more than 4 months before I was allowed to see a Judge, when I did see the Judge in the State Court. He and she Judge Bettie Lester was part of the conspiracy in the New Jersey State Court system to block/stop me from answering or otherwise reducing my Complaint against the City of Newark to a Judgment. Judge Bettie Lester set a bail of $10,000 cahs and goes on to say Mr. Black you have a habit of leaving the State. This bail is $10,000 dollars to make sure you don't leave this state again. While allowing Newark Corporation Counsel China Ladner to make a request to the Court for more time to answer and did answer while the court was holding me hostage in the Essex County Jail for one reason only to keep me from answering the Federal Court Order given to me by the United States District Court to reduce my Complaint to a Judgment against the City of Newark, New Jersey, holding me hostage in the Essex County Jail to allow the City of Newark Corporation Counsel China Lander as much time as she needed to have my suit against the City of Newark dismissed and she did .

Judge Vichness and Behie Lester used the power of the State Court and conspiracy and ordered me _____ in the State _____ Center Maximum Security with very disturbed people that were walking around with no clothing , some hollering and screaming all night with human _____ on the floor. I was forced to live like a wild man, no shoes or clothing. I was not allowed to have a pen or pencil to make sure I could not answer the Federal Court Order for a Judgment against Newark. I was ordered to take medication or be injected with a 5" needle. I took the medication and put it under my tongue and disposed of it later. After about 9 months of incarceration in the system I was taken into the State of New Jersey Court before Judge Fulliore where I was told if I did not confess to the crime the Court was going to hold me in the County Jail for 2 years before I see a Court again.

I was forced to confess to a crime that never was there never was a witness against me./ Indictment No.1638-4-92 is fraud. There was a conspiracy Judge Fullilore. Was part of the conspiracy to keep me from the Federal Court. Judge Fullilore placed me on

probation for one year to make sure I could be seen two times each week and to keep me under control. With a fine of $250.00 dollars.

I was going to the probation officer named Nathan Kooup and he was not giving me credit for coming. I was paying payment. When I paid the fine completely the probation official added another Docket number to the file and gave me another probation official to report to that did not know of the other docket number. When I told her that there is a conspiracy in the Court system to incarcerate me and she checked and told Mr. Black you are right, don't report to me. I did not report anymore.

21
of
21

Certification

I John D. Black do hereby Certify that all of the statements made by me in the above are true I am aware that if any statement are willfully false I am subject to Punishment

3 10 2007          John D. Black

IV

# *Believed it or not*

## **SUPERIOR *COURT OF NEW JERSEY***
## *Consperiacy*

Donate 17.99

To New Jersey Government made homeless.

THINK YOU
Reverend J. D. Black

*Court Clerk Donald F Phelan refuses to pay court order money.*
*To be paid out of court to property owner for property taken by City of Newark*
*to **build** the New HOME DEPOT turn out to be the same clerk that sign the*
*Fraudulent Docket No.F-13454-98 f=Final Judgment of in REM TAX*
*FORECLOSURE use to take the property owner property 1998 back dated*
*To 1998*



59MAGNOLIA ST NWK.N J

OWNER JOHN D.BLACK



519 SOUTH 16th STREET
NEWARK NEW JRSEY 07102
OWNER JOHN D. BLACK





1986
1991
2006

1986
TO
2006



THE NEW JERSEY STAT GOVERNMENT DEPRIVED THE OWNER OF
HIS CONSTITUTIONAL RIGHT TO DUE PROCESS AND TOOK
POSSESSION OF OWNER PROPERTY LOCATED AT 313-315 WITH
POLICE POWER AND DONLATED TO THE PERSON OF RONALD RC
CHOOSE ARE NOW BUILDING ON MR BLACK LAND.

Division according to Law
Looniki Inc / John D. Black

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

JOHN D. BLACK

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _88888_
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE N/A

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

216 SCOTLAND AVE.
RAEFORD, N.C. 28376

## DEFENDANTS

CITY OF NEWARK, ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01644
Assigned To : Collyer, Rosemary M.
Assign. Date : 9/17/2007
Description: Civil Rights Non-Employ.

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
   Plaintiff

☒ 3 Federal Question
   (U.S. Government Not a Party)

☐ 2 U.S. Government
   Defendant

☐ 4 Diversity
   (Indicate Citizenship of Parties
   in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)**

| ☐ **A.** *Antitrust* | ☐ **B.** *Personal Injury/ Malpractice* | ☐ **C.** *Administrative Agency Review* | ☐ **D.** *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

④

| □ **G.** *Habeas Corpus/ 2255* | □ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General □ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)  *(If pro se, select this deck)* | □ 895 Freedom of Information Act □ 890 Other Statutory Actions (if Privacy Act)  *(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ **K.** *Labor/ERISA (non-employment)* | ■ **L.** *Other Civil Rights (non-employment)* | □ **M.** *Contract* | □ **N.** *Three-Judge Court* |
| □ 710 Fair Labor Standards Act □ 720 Labor/Mgmt. Relations □ 730 Labor/Mgmt. Reporting & Disclosure Act □ 740 Labor Railway Act □ 790 Other Labor Litigation □ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act) □ 443 Housing/Accommodations □ 444 Welfare ■ 440 Other Civil Rights □ 445 American w/Disabilities- Employment □ 446 Americans w/Disabilities- Other | □ 110 Insurance □ 120 Marine □ 130 Miller Act □ 140 Negotiable Instrument □ 150 Recovery of Overpayment & Enforcement of Judgment □ 153 Recovery of Overpayment of Veteran's Benefits □ 160 Stockholder's Suits □ 190 Other Contracts □ 195 Contract Product Liability □ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

■ 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*42 usc 1983*

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23   **DEMAND $** *10 Billion*   Check YES only if demanded in complaint **JURY DEMAND:** ☑ YES   □ NO

**VIII. RELATED CASE(S) IF ANY** *of.*   (See instruction)   □ YES ■ NO   If yes, please complete related case form.

DATE *9-19-07*   SIGNATURE OF ATTORNEY OF RECORD *wep*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.