United State District Court

For the District of Columbia

John D. Black )

Plaintiff )

V ) Civil Action No 07-1644
) RMC

The State of New Jersey Government )

Et. Al

Defendants (s)

## Motion to Demand trial by Jury

**Please take notice that** on a date set by the court the undersign plaintiff shell Move on a motion before the Hornorable_____U. S. D. J in the United State District Court for the District of Columbia on a motion to demand trial by jury.

Respectfully, Submitted

*John D. Black*

John D. Black
216 Scotland Avenue
Raeford North Carolina 28376

I do hereby certify that on September 24, 2007 a copy of my motion was mail to the following Defendants at the following Addresses New Jersey Government/ Senator Ronald Rice /Attorney General for the state of New Jersey P O BOX080 Trenton N. J /The city of Newark corporation counsel 920 Broad Street Newark N J 07102and HOME Doper 339 Springfield Avenue Newark 07103

*John D. Black*

John D Black Pro Se
216 Scotland Avenue
Raeford, North Carolina 28376

# RECEIVED

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT