JOHN D BLACK, Pro Se
216 SCOTLAND AVE
RAEFORD N C 28376

10/11/2007

United State District Court
For the District of Columbia
333 constitutions Ave N W
Washington D.C 20001

        Re: 07-1644 (RMC) BLACK V CITY OF NEWARK EI Al.

Dear COURT Clerk;
   Enclose please find two return receipt proof of mailing summons and complaints to

The defendants in the above capital matter please file in your court and send me a file

copy in the self address stamped envelope enclosed

Thank you.                                              Very truly yours

                                                                    *John D. Black*
10  11 2007                                              John D Black

**RECEIVED**

OCT 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OCT 1 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   HOMED POYE LAW DEP
   399 SPRINGFIELD AVE
   NEWARK NJ 07103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9/25/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ■ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0003 7394 6631

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: NJ ATTORNEY
   GENERAL/DEPARTMENT OF LAW
   + PUBLIC SAFTY 25 MARKet St
   TRENTON NJ / NJ State /
   NJ SENATOR Ronald Rice
   PO BOX 080
   TRENTON NEW JERSEY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X SEP. 26. 2007
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ■ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0003 7394 6617

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540