United State District Court
For the District of Columbia

| | | |
|---|---|---|
| John D. Black, Pro Se | ) | No 1:07CV01644 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V | ) | CIVIL ACTION |
| | ) | |
| State of New Jersey Government/ | ) | |
| | ) | |
| City of Newark Etc. ET. Al. | ) | |
| | ) | |
| Defendants, | ) | |

Certification of John D Black

1   I John D Black of full age says upon my oath hereby certify the following:

2. I am the last legal registered deed owner of the property known as 59 magnolia Street
3. Newark New Jersey also known as    Block    Lot

4- On or about Christopher C Evans a family member of mine who share my concern

After many years in Newark N J sold out and move out of town out of

Concern for me and my family donated the property to me to do whatever I wanted to

Do with it take advantage of the property.

5-I choose to live in the house 59and magnolia street I maintain the property and

Paid to the city of Newark all of the real property tax due to be paid to the city of

Newark for real property tax alone with all of the money due to be pain to the city for

Water and sewer service.

**RECEIVED**

OCT 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6- Christopher Evans donated the property to me after the fact that the defendants

Had already took possession of all of the other properties that I owed in the city of

His home located 519 south 16th street Newark and his bunisses properties located at

313 South Orange Avenue with out due process and sold the properties another to build

Five hunderd thousand dollars home and refuse to pay plaintiff any money for any of his

Properties that was taken with due process

6-On about the defendant state of New Jersey government Alleged 4 ways that the

Government had taken in the court of law superior court of New Jersey law division of

To take possession of my home located at 59 Magnolia Street the defendant did not take any legal action

To acquire my property,
(1) the defendant Alleged that the property was being taken by the way of tax

Foreclosure

(2) the defendant Alleged that the property was being taken by the way of Emint

DOMAIN

(3) The defendant Alleged that the property was being taken by the way of in

Condemnation

(4) the defendant Alleged that I abundant my house and thereafter the defendant took

possession of my PROPERTY

(5) And there after about two years later the defendants in the year of 2006 after the

defendant had sold my home

And home deplore had build a store and was taking advantages of the property open the store

(6) the defendant alleged a 5th way of taking possession of my property home by

making a false statement in the attached Exhibit that my property was never taken

Away form me but that it was taken buy the defendant from a church known as

(3) Greater St. Joseph Mississonary Baptist Church which is a false statement.

Base on the facts of this Certification to support a judgment /summary judgment

9- I certify that all of the statements made by me are true a am aware that if any of the

Statement is willfully false I am subject to punishment

Dated_10/12/07

                                           *John D. Black* (signature)
                                           John D. Black pro se
                                           216 Scotland Avenue
                                           Raeford N C 28376

## CERTIFICATION OF MAILING

I certify that on_10/12-07 mail a copy of this certification to all of the defendants at

The following address State of New Jersey / Ronald Rice N J Attorney General  P O Box

808 Trenton New Jersey  /City of Newark corporation counsel 920 Broad Street Newark

07102 N . . . J Home deplore 339  Springfield Ave Newark, N J.07103

Date_10/12/07

                                           *John D. Black* (signature)
                                           John D. Black pro se
                                           216 Scotland Avenue
                                           Raeford N C 28376