John D. Black, Pro se
216 Scotland Avenue
Raeford North Carolina 28376

October 22, 2007

Court Clerk Office
United State District Court
For the District of Columbia
333 Constitution Ave. N W
Washington D C 20001

07-1644 (RMC)

  Re –1:07-CV 01664   JOHN D BLACK V STATE OF NEW JERSEY et al
    Discord and replace document request enclosed

Dear Court Clerk

  Please remove the following Document from my file that my daughter mail in the above capital matter and replace the with the following because ( mistake that I made )discord the AFFIDVIT OF MEMORANDUM BRIEF and /MOTION FOR A SUMMARY and replace them with the ones enclosed I am very sorry for the problem that I cause your court file them please and send me a file copies in the self address stamped envelope, 10-20-2007
Thank you ,          Very truly yours
                  _John D. Black_
                  John D. Black

**RECEIVED**

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



John D. Black pro se
216 Scotland Avenue
Raeford North Carolina 28376

| | | |
|---|---|---|
| JOHN D. BLACK. | ) | UNITED STATE DISRTICT COURT |
| | ) | FOR THE DISTRICT OF COLUMBIA |
| | ) | |
| Plaintiff,) | | |
| | ) | |
| VS | ) | No 1:07cv 01644(RMC) |
| | ) | CIVIL ACTION |
| | ) | |
| | ) | MOTION FOR A SUMMARY JUDGMENT |
| NEW JERSEY GOVERNMENT,) | | |
| CITY OF NEWARK a municipal) | | |
| Corporation. Of the state of New Jersey,) | | |
| RONALD RICE State of New Jersey) | | |
| Senator, HOMEDEPORE) | | |
| | | |
| Defendants, | | |

**Please take notice that on a**     date     set by the court the undersign plaintiff

John D Black Pro Se Shall Move on a motion before the HORNORABLE- RMC U S D J

In The United State District Court District of Columbia for relief on a Motion for a

SUMMARY JUDGMWMT JUDGMENT

PLEASE TAKE FUTHER NOTICE THE MOVENT SHALL RELY ON THE

AFFIDVIT WITH THE ATTACHED RECORD.

October 22, 2007                                          Respectfully, submitted,
                                                          *John D. Black*
                                                          John D. Black Pro Se
                                                          216 Scotland Avenue
                                                          Raeford N. C 28376

# RECEIVED

OCT 2 4 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## CERTIFICATION OF MAILING

I certify that on 10/22 20 07 I .mail a copy of this Motion for a Summary judgment to All the defendant at the following address State of New Jersey / Ronald Rice N J Attorney General P O Box 808 Trenton New Jersey /City of Newark Corporation Counsel 920 Broad Street Newark 07102 N . . . J Home deplore 339 Springfield Ave Newark, N J.07103

Date_10/22 /07

                                                      John D. Black pro se  
                                                      216 Scotland Avenue  
                                                      Raeford N C 28376

John D. Black Pro se
216 Scotland Avenue
Raeford, North Carolina 28376

| | |
|---|---|
| JOHN D. BLACK, ) | UNITED STATE DISTRICT COURT |
| ) | FOR THE DISTRICT OF COUMBIA |
| ) | |
| Plaintiff, ) | |
| ) | No1:07cv01644 (RMC) |
| ) | |
| vs.   ) | CIVIL ACTION |
| ) | AFFIDVIT |
| ) | MEMORANDUM BRIEF |
| NEW JERSEY GOVERNMENT,   ) | |
| CITY OF NEWARK, a municipal of the state ) | |
| Of New Jersey; RONALD RICE, State of New) | |
| Jersey Senator, Home deplore, | |
| | |
| Defendants | |

    I -John D Black being duly sworn on my oath
Say

1--I am the last legal deed owner of the property located in the city of Newark at 59

Magnolia Street also known as block____ Lot    my family and I lived in the two families

House for more than seven years.  I paid all of the real property tax due to be paid to the

City of Newark alone with all of the money due to be paid to the city of Newark for water

And sewer service for more than seven years

  2 - -Christopher C Evans a family member donated the Property to me by word of mouth /

Hand shake/ certification/ power of Attorney and Deed with all of all interest in order for

My family and I to have a place to reside after the fact that the same defendants had

Already taken all of the other properties that I owned in the city of Newark with out due

Process as provided under the 14th amendment of the U. S. constitution and. refused to pay

Plaintiff any or just compensation as provided under the 5th amendment of the us

Constitution at the following address

- Properties located in Newark at 519 South 16th street also known as Block 334 lots

20and property located at 313 -315 South Orange avenue Newark also Known as block

1779 lot 42

3---Further more I am the last legal deed owner of the property located in the city at 519

South 16th Street also Known AS Block_334 Lot_20____I lived in the house for more

Than 26 years

4- I paid to the city of Newark all of the tax due to be paid to the city for real

Property tax I also paid all the money due to be paid to the city for water and sewers bills

For more than 26 years          Exhibit- Attached

5- on     or About   October 1, 1991 the defendant knowing that a proceeding was

Pending created physical evidence to IN REM TAX FORECLOSURE Docket No

F-14695- 91 and IN REM TAX FORECLOSURE Docket N0 -F-13454-98 AND IN

REM TAX FORECLOSURE Docket NO –F14694-91-Knowing it to be false and with the

Purpose to mislead a public servant who is engaged in such proceeding or investigation

1978C: 95E2C286EFFSeptember 1, 19792C: 28-7

6- the defendant use false Documents in the court of law DATED October 1, 1991 and

With out due process
                    Exhibit Attached

Deprived me of my constitutional right to due process as provided under the united state Constitution use the Essex county police with force took Possession of my home of 26 Years 18th month after I paid the last payment on my

Home and sold the property to another person for a great price and refuse to pay me any

Money or just compensation for my home as provided under the 5th amendment of the us Constitution

7- I am also the last legal deed La-oniki Inc owner of the property located in the city of Newark at 313-315 South Orange Avenue also known as Block 1779 Lot 42 my income Property

8-0N or about the defendant uses a fraudulent tax foreclosure and deprive plaintiff of his Constitution and without due process took possession of plaintiff property with

Police force and sold it to another group of people/ person for a great price to build five Hundred thousands Dollars home and refuse to pay me any money or just compensation For my income property Laoniki Inc

9---- The Defendants State of New Jersey government Alleged (4) legal actions

That they took in the taken in the superior court of New Jersey Law Division to take Possession of my property by way of law and the court of law property located in the City of Newark at 59-magnolia street N J

(1) The defendants alleged that the property was being taken by the way of IN REM TAX FORECLOSURE EXIBIT ATTACHED

(2) The defendants alleged the property was being taken by the way of EMENT DOMAIN
(3) The defendants alleged the property was being taken by the way of In Condemnation

(4) The defendants alleged that my home property was being taken because my house it was

ABANDANDED while I was living in my House. And the property.

The fact of this Matter the defendants did not take any legal action according to law to acquire my

Property located at 59 Magnolia Street or any of the other properties at the other

Location in Newark New Jersey willing and willfully with the intent to deprive

Me plaintiff of my constitutional

Right and did   deprive plaintiff of life liberty an properties with out due process of the

Law

10   -0N   OR ABOUT   2003 Two Newark police to take possession of

My property home at 59-magnolia street Newark N J   on a date and time in the year of

2003 two Newark police came to my house alone with about 15 other people described as

Special building inspector and began beating on my windows and door when I went to

The Front door of my house the two Newark police was standing in the front of my glass

Screen door the one on the right side of me told me to open the door I ask if you have a

Warrant? And Police told me if I did not open the door he was going to shoot me thou the door,

   11- I than open the door and the two Newark police order me to sat down in the living room on my first

Floor as the group of people went from the first to the third floor punching hole in the

Wall and ceiling of my house when the group was finish damaging the property they

Posted signed on the walls of each room of my house and on the out side of my house

That said the city of Newark will be BOADING UP THIS   ABANDANT unite on

Wednesday August 25, 2004

## EXIBIT ATTACHED

11-ON OR   about November 19, 2004 The Essex county police came to my home 59

Magnolia Street and give me a blank superior court of New Jersey Writ of possession

From the Law Department with a court docket E S X-L1947-04 that cannot be certified as a court record Document.

And The Essex County police order me to leave my house within two hours or I would

Be arrested for trespassing on the city of Newark property

12- And the city of Newark had a group of people standing by waiting to board up my

And the did board up my property 59 magnolia street Newark N J

With in the two hours and the city of Newark sold my property to home depot top build a

Store for a great price and the defendant refuse to pay me any or just compensation for

My property.
13-On   and 2006   about   after the defendants had taken possession of plaintiff property 59

Magnolia street and sold it to home depore and home depore had build a store and open it

For businesses the Defendant State of New Jersey Government alleged   another of

Taking way of taking possession of

Plaintiff property by the way of the court 59 Magnolia Street Newark N J

Plaintiff property by allege that in the superior court of New Jersey on or   2006 the

Court of New Jersey the AMENDED VERIFIED COMPLAINT and that the property home

Located at 59 Magnolia my home was not taken away from me and that it was taken

Away from another concern known as a said church by the name Of Greater St. Joseph

Missionary Baptist Church (Another untrue statement document record)

St. Joseph Missionary Baptist Church does not have any interest in my property 59

Magnolia Street Newark N J 07103

EXIBIT ATTACHED

11-As a matter of facts the real property matter in the state of New Jersey are filed and

Determine in the superior court of New Jersey Chancery Division and NOT IN the Law

Division of Superior court of New Jersey and I certify that no part of this AFFIDVIT IS

FRIVOLOUS

**12- The Defendants the state of New Government have a history** of using the state of

State Superior court of New Jersey Essex county law division and for alleger purpose criminal division to

Deprive plaintiff of his constitution rights to life liberty and property with out due process

Of law and did

On or about the Dept.Attorney General Robert L. Cerfice willfully knowing fabucated

The attached indictment with a presented date of April 29, 1990 with the true Bill Forman

James Fuppell with out a complaining witness against me knowing it to be false with

The following charges 1-Third   Degree Thief/2-Third Degree Burglary/ Third degree

Aggravate Assault/Third Degree possession of a weapon for unlawful purpose

EXIBIT ATTACHED

The defendant use the created record document physical substance knowing it to be false

With the purpose to mislead a public servant who is engaged in such proceeding

13-The State of New Jersey government inaccurate plaintiff (me} in the state of New Jersey

Prison to keep plaintiff from obeying a ferdal court order to reduce a complaint to a

Judgment pending in the united state district court there plaintiff was treated very badly

Inhumane not allowed to have a pin or pinnacle not allowed food on many of days not

Given medication to relieve toothache pains. Force to walk around on cold cement floors

With out shoes and to live in the mist of people that did not have control of the minds and

There body waste as some used the floors

Another fact that plaintiff would like for the court to consider after the defendant took

Possession of plaintiff home 519 south 16th street and my income property locates at

313-315 South Orange ON March 19, 1993  plaintiff went to the Division of Motor

Vehicles located in Trenton N J upgraded my regular auto to a C D LP in order to find a

Job to provide and income for my family  and did quality with a score of 8-PASS

The date was March 19   1993 plaintiff up graded his auto-driving License to a C D LP in order

To provided and income for his family about two week later plaintiff found Employment

With Leisure Line Bus Co. located in Mahwah New Jersey there [plaintiff operated as a

Couch operated in and out of the state of New Jersey. After 9 month plaintiff resigned

And there after plaintiff found employment with another couch Bus CO Olympia trail

Located in Elizabeth New Jersey there plaintiff operated couch buses in and out of the

State of New Jersey and later began driving school buses transporting school children

From the date and time that file an action against the plaintiff the matter surrounding my

Real property locate at 313-315 South Orange Avenue and 519 South 16TH street the

Defendant have created record and suspended all or some part of N J Driving License

From 1991 –Until 2004 the Defendant state of New Jersey motor Department of

Transportation suspended my complete commercial C D L P and would not allow plaintiff

To operate couch or school on Frivolous charges made against me by people working in

The Department of Transportation Shoran Harrington/ and Kathy Hingham Benton with

The intent to deprive plaintiff of his constitutional rights keep plaintiff from making not

Less than 50,000 dollars a year from 1991 until 2006

The Defendant New Jersey Government willfully suspended my complete C D L P driving

License for a COMPLET life time with fraud and false willfully with the intent to deprive

Plaintiff of his constitutional rights to life liberty and property and did

The state of New Jersey government made it impossible for me to do and kind of work

In the state of New Jersey for the past 28 years because of the damages done unto me

Plaintiff By the defendant fabricateted criminal charges made with the creates indictment

Done on plaintiff without a Complaintion, witness willing willfully with the intent to

Deprive (me) Plaintiff of my constitutional rights

EXIBIT ATTACHED

All of the records regarding my New Jersey driving C D L P 1 disqualification

Records created by the defendants Are fraudulent false done willing and willfully with

The intent to deprive me of my Constitutional right to life liberty and properties

CONCLUSION: Base on the clear and overwhelming Evidenance, plaintiff presented in

This court that show proof the defendant IGNORED the laws of the united state

Constitution and did in fact Knowingly Willingly Wilfully deprive plaintiff of life

Liberty  and Property without due  process. And just compensation as provided.

 I Therefore make this AFFIDVIT to support A SUMMARY JUDGMENT in the above capital matter

Dated_10/22/ 2007

Respectfully Submitted
*John D. Black*
John D Black Pro Se

CERTIFICATION OF MAILING SERVICE

I certify that on 10  22  2007   I mail a true copy of this Affidavit was Mail to all of the defendants at the following addresses The City of Newark Corporation Counsel 920 Broad Street Newark New Jersey Attorney General P O BOX 808 Trenton N J /state senator Ronald Rice same/ and to Home deport 399 Springfield Ave Newark New Jersey 07103

Date_10_22_2007

*John D. Black*
John D. Black Pro Se
216 Scotland Avenue
Raeford, North Carolina 28376