John D Black Pro Se
216 Scotland Avenue
Raeford North Carolina 28376

                            United State District Court
                            For the District of Columbia

| | |
|---|---|
| JOHN D.BLACK, ) | |
| ) | No- 07-1644 (RMC) |
| Plaintiff, ) | Civil Action |
| ) | MOTION DEMAND TRIAL BY JURY |
| V ) | |
| ) | |
| NEW JERSEY GOVERNMENT ) | |

ET. Al.

Defendants

**Please take notice that** on a date set by the court the undersign plaintiff John D Black shall Move on a motion before the HORNORABLE R MC U. S. D. J in the United State District Court for the District of Columbia on a motion to Demand trial by jury.

                                          Respectfully, Submitted
                                          *John D. Black*
                                          John D Black Pro Se

    I do hereby certify that on 10 / 23 / 2007 I mail a copy of my motion to all of the following

Defendants at the following Addresses New Jersey Government/ Senator Ronald Rice /Attorney General for the state of New Jersey P O BOX080 Trenton N. J / The city of Newark corporation counsel 920 Broad Street Newark, N J 07102 and HOME Doper 339 Springfield, Avenue Newark. 07103

                                            *John D. Black*
                                            John D Black Pro Se
                                            216 Scotland Avenue
                                            Raeford, North Carolina 28376

**RECEIVED**

OCT **2 5** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT