JOHN D BLACK
216 SCOTLAND AVENUE
RAEFORD NORTH CAROLINA 28376

October    2007

COURT CLERK OFFICE
UNITED STATE DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON D C 20001

        Re; 1:07CV01644 BLACK V STATE OF NEW JERSEY ET AL

Dear Court Clerk:
 Please find attached one green return receipt the proof that the summon and complaint in
the above capital matter was mail to  defendant Homed pore and received please file in
your court

Thank you,                                    _John D Black_
                                               John D Black

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HUM DEPANE
399 HALINGFILE AVE
NEW ARK NJ 07103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _D Smith_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2150 0004 2130 1435

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# RECEIVED

OCT 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT