JOHN D BLACK Pro se
216 SCOTLANDAVE
RAEFORD N C 28376

                          United State District Court
                          For the District of Columbia

| | | |
|---|---|---|
| JOHN D.BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | No 1:07cv 01644 (RMC) |
| | ) | |
| VS | ) | MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| NEW JERSEY GOVERNMENT | ) | |
| RONALD RICE/ HOMEDEPORE | ) | |

Defendants

**Please take notice that on** a     date     set by the court the undersign plaintiff

John D Black Pro Se shall move on a motion before the HORNORABLE (R.M.C) U.S.

D. J. Judge In the United State District Court for the District of Columbia for relief a

DEFULT JUDGMENT against New Jersey State Government/ State Senator Ronald Rice/Home Deplore

On the grounds describe on the summon that was mail and received by the parties who fail to file an answer in this court to the complaint.

                                            Respectfully submitted,
                                            *John D. Black*
                                            John D Black Pro Se
                                            216 Scotland Avenue
                                            Raeford N. C.28367

   I do hereby certify that on 10/25/2007 I mail a copy of this motion for a summary judgment default, to all of the defendants at the following Addresses New Jersey Government/New Jersey state senator Ronald Rice/N J Attorney General PO Box 080 Trenton New Jersey/ The City of Newark a municipal corporation
Counsel 920 Broad Street Newark N J 07102/ Home Deplore 339 Springfield Avenue Newark N J.07103
Dated 10     2007

                                              *John D. Black*
                                            John D.Black

**RECEIVED**

OCT 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT