| | |
|---|---|
| JOHN D. BLACK,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, a municipal corporation of the State of New Jersey; NEW JERSEY STATE GOVERNMENT; and RONALD RICE, State of New Jersey Senator,<br><br>      Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA<br><br>1:07-CV-01644 (RMC)<br><br>**ANSWER OF DEFENDANT CITY OF NEWARK** |

    Defendant, CITY OF NEWARK, a municipal corporation with its principal place of business located at 920 Broad Street, Newark, New Jersey, by way of Answer to the allegations set forth in plaintiff's Complaint says:

    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the unnumbered paragraph purporting to state plaintiff's residence.

    1-   Admitted.

    2-   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph denominated as "2-".

    3-   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph denominated as "3-".

4- Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph denominated as "4-".

5- Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph denominated as "5-".

6- Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph denominated as "6-".

7- Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph denominated as "7-".

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the unnumbered paragraph titled "HOMEPORE".

7-----   The paragraph denominated non-sequentially as "7-----" asserts no allegations against this defendant but sets forth conclusions of law to which no response is required.

8- The paragraph denominated as "8-" asserts no allegations against this defendant but sets forth a list of theories of recovery and liability to which no response is required.

2- Defendant denies the allegations contained in the paragraph denominated non-sequentially as "2-".

9- Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph denominated as "9-".

10- Defendant denies the allegations contained in the paragraph denominated as "10-".

11- Defendant denies the allegations contained in the paragraph denominated as "11-".

12- Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraph denominated as "12-".

13- Defendant denies the allegations contained in the paragraph denominated as "13-".

14- Defendant denies the allegations contained in the paragraph denominated as "14-".

15 Defendant denies the allegations contained in the paragraph denominated as "15".

14- Defendant denies each and every allegation directed against it which is contained in the paragraph denominated non-sequentially as "14-". Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein.

16- Defendant denies each and every allegation directed against it which is contained in the paragraph denominated non-sequentially as "16-". Defendant is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations contained therein.

17- Defendant denies the allegations contained in the paragraph denominated as "17-".

18- The paragraph denominated as "18-" asserts no allegations against this defendant but states the name of the first Chief Justice of the United States to which no response is required.

19---- The paragraph denominated as "19----" asserts no allegations against this defendant but sets forth conclusions of law to which no response is required.

**WHEREFORE**, Defendant, CITY OF NEWARK, demands that the Court dismiss the Complaint with prejudice and award defendant costs and attorney's fees incurred in the defense of this action, and all other relief the Court may deem appropriate.

## AFFIRMATIVE DEFENSES

1. Defendant reserves the right to move for dismissal of the Complaint because this Court does not have jurisdiction over the City of Newark.

2. Defendant reserves the right to move for dismissal of the Complaint because this Court does not have jurisdiction over the subject matter of this suit.

3. Defendant reserves the right to move for dismissal of the Complaint because this Court is an improper venue for this suit.

4. On or about June 14, 2006, plaintiff commenced an action against this defendant in the Middle District of North Carolina (1:06-CV-00534), based upon the same facts and for the same injuries that are alleged in the Complaint. Such action was dismissed on motion by the Hon. William L. Osteen, U.S.D.J. on April 20, 2007. As such, the City of Newark reserves the right to move for dismissal of any and all claims asserted herein based upon the doctrines of *res judicata* and collateral estoppel.

5. The Complaint fails to state a claim upon which relief can be granted.

6. The Complaint is barred by the applicable statute of limitations.

7. The Complaint is barred by the doctrine of waiver.

8. The Complaint is barred by the doctrine of laches.

9. The injuries sustained by plaintiff, if any, were the proximate result of the actions or omissions of third-parties over whom this defendant had no control.

10. The injuries and damages of which the plaintiff complains, if any, were the direct result of plaintiff's failure to take reasonable action to prevent or mitigate harm.

11. The Complaint, these proceedings, and any recovery therefrom are barred, limited, or controlled by the provisions of the New Jersey Tort Claims Act, N.J.S.A. 59:1-1 through 59:12-3 inclusive, and the City of Newark affirmatively pleads each and every defense, limitation, privilege, or immunity provided by the Act.

                                  **KENNETH A. GROSS**

                          By: _/s/Kenneth A Gross_____
                              KENNETH A. GROSS
                              1440 New York Avenue, N.W.
                              Washington D.C. 20005
                              202) 371-7007
                              Counsel for Defendant
                              City of Newark
                              Bar No. 923094

DATED: November 8, 2007

**CERTIFICATE OF SERVICE**

I, Kenneth A. Gross, hereby certify that on November 8, 2007, I caused a true and correct copy of the within Amended Answer of Defendant City of Newark to be transmitted via Express Mail to plaintiff John D. Black at the following address:

    John D. Black
    216 Scotland Avenue
    Raeford, North Carolina 28376.

                                                  _/s/ Kenneth A. Gross_____
                                                    Kenneth A. Gross