John D.Black Pro se
216 Scotland Avenue
Raeford N. C 28376

United State District Court
For the District of Columbia

1:07-CV-0644 (R M C)

JOHN D BLACK,

Plaintiff,

V                                    MOTION TO REJECT THE SECOND FILLING

THE CITY OF NEWARK a municipal
Corporation of the New Jersey; the STATE
OF NEW JERSEY GOVERNMENT/
RONALD RICE New Jersey State Senator

Defendants,


   Please take notice that on a date set by the court the undersigned plaintiff John D

Black shall move on a motion in the United  State District Court for the District of

Columbia before the Honorable RM C U. S.D.J on a motion to reject the Electronic

Or otherwise filing of a second answer to plaintiff complaint by a stranger Kenneth A

Gross with changes made an the document

 /aulted the date .heading and underline name changed on the grounds

1 Fraud and a crime 2c28 of a degree 14TH.

2-An the Obstruction of justice

Dated// /7 _2007                        _John D. Black_
                                          John D Black

I certify that on // /7 2007 I  mail a copy of this motion to all of the defendants at the
following address the city of Newark 920 Broad Street Newark New Jersey the State of
New Jersey/Ronald Rice State Senator Attorney General P.O BOX808 Trenton N J

# RECEIVED

NOV 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT