JOHN D BLACK Pro Se
216 Scotland Avenue
Raeford North Carolina 28376

United State District Court
For the District of Columbia

JOHN D BLACK,

1:07cv1644 (R M C)

Plaintiff,

V

STATEMENT OF FACTS

NEW JERSEY GOVERNMENT,
CITY OF NEWARK a municipal corporation
Of the state of New Jersey, RONALD RICE
New Jersey State Senator. Home deports.

Defendants,

RECEIVED
NOV 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1- Plaintiff address is 216 Scotland Avenue. Raeford N. C. say

2- I have presented to this United State District Court for the District of Columbia

Record facts to show proof of my complete complaint, as describe above in this court plaintiff

Presented records facts that show that he did in fact have a very good cause to flee his

Residence in New Jersey because of abuse and to avoid father abuse with document

Records and a matter in Conteversety between New Jersey state that exceed 75,000.00

Dollars with standing to maintain this suit and Because of circumstances beyond plaintiff

Control in his district of North Carolina he was force to come to this united state District Court

For the District of Columbia with this case to be file/ hearted and determine according to

Laws of the Constitution of the united state this court has long arm jusdiction over this

Matter and Other JUSDICTION over this matter.

3 - Plaintiff have presented to this united state district court for the District of

Columbia Record facts that describe how the defendants with the intent to deprive

plaintiff of his Constitutional right in the year of on or about 1991 using

FRAUDLANT IN REM TAX FORECLOSURE records as the base of the WILFULLY

Taking possession of plaintiff property located at 313 -315 South Orange block 1779 lot

42With the use of the city of Newark police with force took possession with out due process, and sold it to

Another concern person or otherwise for a Great price to build five hundreds thousand

Dollars houses and refuse to pay plaintiff any money or just compensation for his properties

4- Plaintiff have presented to this United State District Court for the District of

Columbia Undeniable record of how the defendants in the year of on or about 1991 use

records FRAUDLANT IN REM TAX FORECLOSURE documents as the legal cause

willing willfully with the intent to deprive plaintiff and took possession of

Plaintiff home Located at 519 South 16th Street Newark with the use of the Essex

County police force plaintiff to leave His home of 26 years after plaintiff paid the last payment on his

American dream plaintiff, First home that he OWNED .in life in America

5- Plaintiff have presented to this United State District Court record proof of how the

Defendant with the intent to deprive plaintiff use fraud documents not limited to

FRAUDLANT TAX FORECLUSER DOCUMENTS but including EMENT

DOMAIN/IN CONDEMNATION ET.AL document as the LEGAL base reason

To take possession of plaintiff home located at 59 Magnolia Street on November

19,2004 with out due process with the use of the Essex county police and did in fact take

possession of plaintiff property home located at 59 magnolia street and sold the property

To Home DEPORE and refuse to pay plaintiff any money under and any condition after the fact that the very same defendants had Already taken possession of all of the other Properties that plaintiff owned in the city of Newark with out due process as stated Above. At the above addresses 519 south 16th street and 313-315 South Orange the same The defendants have admitted in there Records that the in REM TAX FORECLUSER WAS AN ERROR plaintiff says it was willfully CONDUCTED?

The fact of the above matter the Defendants did not take any legal action in any court of law to acquire any of plaintiff properties

6  Plaintiff have presented to this united state district court the record facts of how the Defendants use the government motor vehicle service with the intent to deprive and Abused plaintiff in a number of ways with the fraudulent criminal charges and motor VA Violation willfully false including driving while intoxicated and other alcohol-Related violation plaintiff I John D Black certify that I have never been convicted in Any court of law for any kind of criminal or moving auto/or commercial violation My Compliant driving life time I started at the age of 17 years of age I don't drank Strong Alcohol and has never done any type of drugs the Chief Administer Sharon A Harrington LAID in the letter dated 10/02/2005 and all of her other records are created. In the document dated 10/02 05 an the complete Motor V a SERVICE operated a Conspiracy and with the intent to deprive me did and suspended my commercial an or My complete driving for a life from 1991 until present Diane Legged Director of the Motor V A service LIED IN ALL of her letters Kathy_____Lied in all of her records the defendants using fraud records and created documents after the fact that

5- He had Already past the test and found employment and operator as a C D LP

6- Driver with three couch bus service and did in fact drive school buses after having

7- finger print made at the time I obtain my C D LP to provided an

income for his family the defendant with the intent to deprive plaintiff created

FRAUDLANT DOCUMENTS including driving drunk with the intent to deprive

8- plaintiff with willfully false charges suspended plaintiff New Jersey C D L P and

9- and other wise cameral and auto for a life time with out a probable case except

10- that I had file a complaint against the city of Newark for taking my real priorities

11- other made it impossessiable for plaintiff John D Black to do any work in the state

Of New Jersey more than six month sense the year of 1991 untiles present 2006

Base on the forgoing coupled with the brief AFFIDVIT previous submitted

By plaintiff in support of a summary judgment and that the defendant wherefore

Demand to dismiss complaint be denied and plaintiff suit remain and the second

Filing of an answer to plaintiff Complaint with change made at the top and undersign

Be rejected and considering void fraudulent.

Plaintiff Demand - Judgment for all of the properties that the defendants took possession

Of with out due process not limited to 59 Magnolia Street Including 313-315 South

Orange Block 1719 LOT 42 and 519 South 16TH Street Block 334 Lot 20

Plaintiff Demand that the defendant pay not only for the cost of this one suit that the defendants pay the cost of a total of five suit they caused surrounding this constitution Violation.
Plaintiff – Demand   TRIAL BY JURY
Plaintiff – Demand   JUDGMENT
Plaintiff demand All Relief provided under the law not limit to punitive damages
Including compensatory damages, for economic loss, Damage for pain and scuffing

                                                Respectfully submitted,
                                                *John D. Black*

Dated 11 / 28 /2007                                  John D. Black Pro se

CERTICATION OF MAILING

I certify that on 11 28 2007 I mail a copy of my statement of facts to the following defendants at the following addresses New Jersey Government/Ronald Rice State of New Jersey Senator P O Box 080 Trenton New Jersey/The City of Newark Corporation counsel 920 Broad Street Newark New Jersey Home DEPORE 339 Springfield Avenue Newark New Jersey 07102

11/28/2007

*John D Black*
John D Black Pro se