UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN D. BLACK,<br><br>      Plaintiff,<br><br>      v.<br><br>CITY OF NEWARK, a municipal corporation of the State of New Jersey; NEW JERSEY STATE GOVERNMENT; and RONALD RICE, State of New Jersey Senator,<br><br>      Defendants. | 1:07-CV-01644 (RMC) |

**ERRATA NOTICE**

**TO THE CLERK AND COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE** that Defendant, CITY OF NEWARK, by and through counsel today filed a Motion to Dismiss and a Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment. The attached Certificate of Service was inadvertently omitted from these filings and is being submitted to correct that error.

      Respectfully submitted,

      By:  /s/   Kenneth A Gross
      KENNETH A. GROSS
      Counsel for Defendant
      City of Newark
      Bar No. 923094

Dated: December_5_, 2007

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN D. BLACK,<br><br>      Plaintiff,<br><br>      v.<br><br>CITY OF NEWARK, a municipal corporation of the State of New Jersey; NEW JERSEY STATE GOVERNMENT; and RONALD RICE, State of New Jersey Senator,<br><br>      Defendants. | 1:07-CV-01644 (RMC) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant City of Newark's Motion to Dismiss and a copy of Defendant City of Newark's Memorandum of Law in Support of its Cross Motion to Dismiss and Opposition to Plaintiff's Motion for Summary Judgment, along with supporting documents, were mailed by Express Overnight Mail through the United States Postal Service on this 5th Day of December, 2007 to John D. Black, 216 Scotland Avenue, Raeford, North Carolina  28376.

                                    Respectfully submitted,

                                    By: _/s/   Kenneth A Gross_<br>
                                    KENNETH A. GROSS<br>
                                    Counsel for Defendant<br>
                                    City of Newark<br>
                                    Bar No. 923094

Dated:  December_5_, 2007