UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN D. BLACK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1644 (RMC) |
| CITY OF NEWARK, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Defendant City of Newark filed a motion to dismiss on December 5, 2007 [Dkt. # 13]. Plaintiff is proceeding *pro se*. The Court will rule on Defendant's motion taking into consideration the facts proffered in the Complaint, along with any response or opposition to the motion, and the entire record of the case.

If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that Plaintiff shall file a response to the Defendants' motion by **January 11, 2008**, or the Court will deem the matter conceded.

                                                                                       /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge

DATE: December 6, 2007