JOHN D BLACK PRO SE
216Scotland Ave
Raeford N. C 28376

December 4, 2007

Court Clerk
United State District Court
For The District of Columbia
333 Constitution Ave N W
Washington D C 20001

                Re:.07CV 01bb BLACK V NEWARK/STATE OF NEW JERSEY ET AL
                    1644 RMC

Dear Clerk:
      Enclose please find a picture one document please file in your court as found new
evidence the above capital matter to be considered
                                Very truly yours
Thank  you.                          John D.Black
                                    John D.Black

CC TO All DEFENdAvits

RECEIVED

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



EIBHT ROOM HOUSE 2606 SOUTH 7TH STREET
BLOCK 1779 LOT 42 PLAINTIFFIWANt
CONSIDER DESTROYED BY DEFENDANTS
JOHN D. BLACLOWAIEL