IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN D BLACK

      Plaintiff,

                           07-1644

V                           No 1:07CV0166 (R M C)

CITY OF NEWARK /NEW JERSEY STATE
RONALD RICE STATE SENATOR/
HOME DEPORE

      Defendants,

**CROSS-MOTION TO DISMISS** DEFENDANTS MOTION IN LIEU OF ANSWER

    1    Please take notice that on a date set by the court the undersigned Plaintiff shall

    2    move on a motion before the HORNORABLR( R M C ) in this U.S District court

    3    for the District of Columbia on a motion to dismiss defendants motion on the

grounds that it is FRIVOLUS and harmful, it affected Plaintiff substantial right Plaintiff

suffer substantial prejudice with proof cupped with Plaintiff already filed

MEMORANDUM BRIEF in this court.

Plaintiff deny the defendant clam made that he file a complaint in bad faith plaintiff file

His in this district to avoid being killing by the defendant in on going real property

Conspiracy the 4th attempt to kill him using a municipal court judge Taylor and court N J motor director and

V A service with a court case that does not have a Docket number and expected me to be

Fool enough to come in to that court and be killing

    -4 - Plaintiff do hereby make move on a motion in this united state district court to

dismiss his complaint in part money demand from ten Billion dollars to an amount this

**RECEIVED**

DEC 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

court deem just alone with the cost of this action any and all relief this court Deem just

After considered damages and such including but not limit to punite damages all things Considered

Dated December 12, 2007

Respectfully submitted
*John D Black* (signature)
John D Black Pro se

I do hereby certify that on December 12  2007 I mail a copy of my motion to all of

The defendants at the following addresses Newark Corporation counsel 920 Broad Street

Newark Jersey/ N J Attorney General P O BOX Trenton N J Ronald  Rice Home depore

339 Springfield Ave Newark N J 07103 Kenneth Andrew  Washington D C 20001