IN THE UNITED STATE DISTRICT COURT
FOR THE DISRTICT OF COLUMBIA

JOHN D BLACK                                    NO 1: CV-01644 (R M C)

Plaintiff,

V

CITY OF NEWARK a municipal
corporation NEW JERSEYGOVERNMENT
and RONALD RICE, New Jersey State Senator

Defendants,

  ANSWER TO DEFENDANT MOTION TO DISMISS
  AND SUPPORT PLAINTIFF MOTIONS

1- Plaintiff say the defendant& Attorney John B Nance is just another lire working in the

New Jersey real property conspiracy that started in the year of 1986 and have continued

Until this very day, alleging to be the City of Newark Corporation

Counsel with no respect for the constitution or law a matter of justice willing and willfully

Making false Statements to this court knowing that they are false with the intent, to

Deprive plaintiff of his Constitutional rights with no regards for constitutional laws.

Plaintiff recommend that he be punished according to law for his action

2 Defendant Ronald Rice  New Jersey senators for the State of New Jersey and the other

Law makers  made that Known by making a state law with the willfully intent the intent

To go beyond the U.S Constitution and deprive plaintiff. An other in the state of New

Jersey of there constitionan right and further control the State mob style corruption and

Violation Proven in this court by plaintiff, The New Jersey real property
     EXIBIT ATTACHED
Conspiracy the defendants are crooks out laws in New Jersey, they lay Mr. Nance and all of

**RECEIVED**

DEC 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3   The defendants are lire) Nothing that he has said is true he is not the city of

Newark certified and approved corporation counsel; he is a part of the New Jersey real

Property Conspiracy that want this use this district court to approve there action and

Violation of citizen of the unconstitutional rights and furthermore allow the conspiracy to

Continue now and later he has committed a criminal act with his records presented to this

Court the defendants does not thank civil they think like a criminal as all of the

Defendants including senator Ronal L Rice the defendant dose not have a defense for this

Court to dismiss plaintiff complaint and suit would violate plaintiff constitutional rights

And would be a sign of approval of the defendant action.

4   The Defendant did not take any legal action in any court of law to take possession of

Any of plaintiff propertied located in the city of Newark at 59 magnolia street .519 south

16th street or 313-315 South orange Ave ALL of the propies was taken by the city of

Newark and the state of new jersey mob style with police force out side of the law

5   This court should not even consider the dismiss because the case has already been

Proven that plaintiff demand for a judgment should be granted with all thing considered

The defendant have no  for this court the defendant only wants to use this united state district in order to for the defendant to

Continue robbing united state citizen  the defendants dose not  give a dam  about law and order or  justice according to law

6-Any and all document that the defendants present in this united state district court is

Fraudulent fraud should be considered as fraud created Fraudlant or other wise created to

Mislead a public servant who is engaged in such preccding

7 -Described according to law a person commit a crime of the Fourth degree if

2: C 28 tampering with or fabricating physical evidence

A person commits a crime of the fourth degree if, beliving

That an official proceeding or investigation is pending or about to be
Instituted, he
    (1)
Alter, destroy, concels.or remove any article, object, record.
Document or thing of physical substance with the purpose to
Impair it verity or availability in such proceeding or investigation; or
Makes
Devises, prepares, presents, Offers use any article, object, record
    (2)  Document or other thing of physical substance knowing it to be false and with the purpose to mislead a public servant who is engage
    (3)  in such proceeding or in investigation
    (4)  1978C95E:286FF Septembes 1,19792C28-7

8  The defendants did not take any legal action in any court of law to acquire any of

Plaintiff property referred know to this court located in the city of Newark at the

Following Addresses 59 Magnolia Street  Block and Lot   519 South 16TH Block 334 Lot

20 and 313-315 South Orange Avenue Newark   to in the complaint all of the real

Property was taken Mob style out side of the law

With police arm men county and or city of Newark police a matter that have been already

Proven with record. The defendants is has no concern for justice for the they

Want to get the approve from this united state district court to continue there criminal

Action and control the American government out laws. With no concern for justice.

    9  So for as jusdiction is concern this court has or can take jusdiction of this matter

Plaintiff is a man running from state for to avoid being kill by New jersey government defendants mob

conspiracy operators looking for justice in the united state district court

For this court to dismiss plaintiff suit would it would be the help the defendant want to

Continue there Violation against plaintiff and others. Only a criminal would believe

That it is right to take and not pay a mob person thank of taking thing with out paying

10 At my very best that I can explain I am an American slave in the year of 2007 and I have

Been one in the United State for more than 20 years I have been in to 4united state

11 Plaintiff does not have a certain home in any state he live in N C

12 Plaintiff Demand Defendants motion to dismiss with prejudice be denied

13 Plaintiff Demand a judgment any and all relief deem to be just compensation under

the Given and proven circumstances of this complete above capital matter plaintiff shall rely

On this court for the above

Respectfully submitted

*John D. Black*

John D .Black Pro se

Dated     2007

All Documents
CC All Defendants
US House

NEW JERSEY LAW MAKERS attempt to cover up and block federal courts suites FORECLOUSERS

# Allowing state civil rights suits

## Measure aiming to look beyond federal courts goes to governor

New Jerseyans would be able to sue in state court for violations of their civil rights under a bill that cleared both houses of the state Legislature.

The measure made it through the lower house by a vote of 47-24 with seven legislators abstaining. The Senate, which had approved a different version of the bill this month, gave the measure final legislative approval in a 31-8 vote taken at 10 p.m. It now advances to Gov. James E. McGreevey.

Sponsors of the bill say it would enhance protections New Jerseyans already enjoy under the state Law Against Discrimination. That law is generally considered one of the toughest anti-discrimination laws in the nation. It covers discrimination based on race, religion, age, sex, marital status, sexual orientation or disability but does not apply to other civil rights violations, such as suppression of speech.

The bill would allow people and corporations to sue in state court for any violation of their civil rights and, if they win, force the losing side to pay damages and legal fees.

Municipal governments had opposed the bill out of fear that they would be stuck with huge legal bills and bigger insurance premiums. They dropped the opposition after lawmakers tweaked the language.

The new version allows either side to collect legal fees if they win. And it provides protection against lawsuits filed in response to what officials call "procedural due process" — such as a zoning board applicant who accuses the board of violating his or her due process rights simply because it denied the application in a vote that didn't include all of its members.

Supporters say the bill would also allow lawsuits against people or groups who cannot be sued in federal court because they are not acting with government authority. And the bill would give the state attorney general the power to sue them in state court and force them to pay penalties.

"While our state Constitution guarantees civil rights protections for all residents, we have never given residents the ability to fight civil rights violations in state courts," said Assemblyman Neil Cohen (D-Union), a sponsor of the bill (A2073).

# New Jersey is no haven for would-be homeowners

## State had surprising ownership drop in '90s

BY GUY T. BAEHR
STAR-LEDGER STAFF

If owning your home is part of the American Dream, New Jersey may be the wrong place to live.

The percentage of New Jersey households living in homes of their own fell during the 1990s, surprising experts because it ran counter to a national trend that saw America's homeownership rate increase to a record high by the end of the decade.

Only five states saw a decline in their homeownership rates between 1989 and 1999. Despite a partial recovery at the tail end of the decade, New Jersey's drop was almost twice as large as the others, according to U.S. Census figures.

That's an unexpected reversal for a state whose destiny for the last 50 years has seemed to be to provide single-family homes for the millions of apartment dwellers who migrated from the cities to the suburbs after World War II.

State officials and housing experts said they were puzzled by the drop in New Jersey's home-ownership rate, which slipped 1.8 percent during the same 10 years that saw the nation's rate of home-

(See HOMES, Page 4)

### Defying the dream

As America's home ownership rate rose to a record high during the 1990s, the percent of New Jersey households living in homes of their own fell.

Homeownership rate

[Chart showing N.J. rate and U.S. rate from '84 to '99, with vertical axis from 50 to 70]

SOURCE: U.S. Census Bureau, annual survey
THE STAR-LEDGER