Re: BLACK V CITY OF NEWARK et al 1:07-cv1644

CERTIFICATION

   I certify that all of the statements I made in my answer to the defendants motion are true to the best that I know I am aware that if any statement is willfully false I am subject to punishment (please add to document already sent)

Dated 21   2006

*John D Black*
John D Black Pro se

**RECEIVED**

DEC 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT